UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAYLOR BEAN & WHITAKER
MORTGAGE CORP. and FEDERAL
DEPOSIT INSURANCE CORPORATION,

    Plaintiffs,

v.                                                          Case No:  2:12-cv-595-FtM-99SPC

LENNAR CORPORATION, U.S. HOME
CORPORATION, NORTH AMERICAN
TITLE COMPANY, AYLA D. BURNETT,
CHARLES M. BURNETT, PEGGY
FERGUSON, JENNIFER WHITE, JULIE
WHITE, UTAH EXCHANGE GROUP,
ASPEN HOME LOANS, LLC, KELLY
HATCH, PAUL ANDREW
GULBRONSON, MICHAEL RILEY
MOORE, SR. , RIVERWALK PROPERTY
VENTURES, LLC, MATTHEW
DEVEREAUX, ANDREW JAMES
SORENSEN, ANTHONY GIZZI REAL
ESTATE APPRAISAL, INC. and DAVID
SAWYER,

    Defendants.
_____/

**ORDER**

       This matter comes before the Court on review of the file.  A Notice of Removal was filed by the Plaintiffs in this matter on October 31, 2012.  (Doc. #1).  The Court notes that the entire State Court record was filed in this matter (Docs. #3-7) in the CM/ECF system.  However, the operative complaint in this matter was not entered under separate docket entry.  Therefore, the Court will direct the Plaintiff to file the operative complaint as a separate docket entry in the CM/ECF system.  Also, pursuant to Local Rule 4.02(c), any motions that were pending in the

State Court at the time this case was removed shall be filed by the moving party with this Court under separate docket entry.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff is directed to file the operative complaint in this matter as a separate entry in the CM/ECF system.

(2) Any motions that were pending in the State Court at the time this case was removed shall be filed as separate docket entries in the CM/ECF system by the moving party.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of November, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record