UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAYLOR BEAN & WHITAKER
MORTGAGE CORP. and FEDERAL
DEPOSIT INSURANCE CORPORATION,

    Plaintiffs,

v.                                                  Case No: 2:12-cv-595-FtM-99SPC

LENNAR CORPORATION, U.S. HOME
CORPORATION, NORTH AMERICAN
TITLE COMPANY, AYLA D. BURNETT,
CHARLES M. BURNETT, PEGGY
FERGUSON, JENNIFER WHITE, JULIE
WHITE, UTAH EXCHANGE GROUP,
ASPEN HOME LOANS, LLC, KELLY
HATCH, PAUL ANDREW
GULBRONSON, MICHAEL RILEY
MOORE, SR. , RIVERWALK PROPERTY
VENTURES, LLC, MATTHEW
DEVEREAUX, ANDREW JAMES
SORENSEN, ANTHONY GIZZI REAL
ESTATE APPRAISAL, INC. and DAVID
SAWYER,

    Defendants.
_____/

**ORDER**

    This matter comes before the Court on review of the file. The Court notes that numerous docket entries which the Court has attempted to mail to the *pro se* Defendants have been returned as undeliverable. Upon further review, the Court notes that counsels are providing the Court with conflicting certificates of service with regard to the *pro se* Defendants' addresses (see Doc. #38 & 40).

    Accordingly, it is now

    **ORDERED**:

(1) So that the *pro se* Defendants may participate in and be aware of the proceedings as they occur in this case, the Parties are directed to confer regarding the correct address(es) for **each** *pro se* Defendant, including both individuals and businesses. Once the addresses are compiled, Plaintiff Taylor Bean is directed to file a Notice with the Court which includes the addresses. The addresses in the Notice shall be the addresses included on all future certificates of service, unless and until an address changes.

(2) Once the Notice is filed the Clerk of Court is directed to update the *pro se* Defendants' addresses in CM/ECF as needed.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of November, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record