UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAYLOR BEAN & WHITAKER
MORTGAGE CORP. and FEDERAL
DEPOSIT INSURANCE CORPORATION,

     Plaintiffs,

v.                                    Case No:  2:12-cv-595-Ftm-99SPC

LENNAR CORPORATION, U.S. HOME
CORPORATION, NORTH AMERICAN
TITLE COMPANY, AYLA D. BURNETT,
CHARLES M. BURNETT, PEGGY
FERGUSON, JENNIFER WHITE, JULIE
WHITE, UTAH EXCHANGE GROUP,
ASPEN HOME LOANS, LLC, KELLY
HATCH, PAUL ANDREW
GULBRONSON, MICHAEL RILEY
MOORE, SR. , RIVERWALK PROPERTY
VENTURES, LLC, MATTHEW
DEVEREAUX, ANDREW JAMES
SORENSEN, ANTHONY GIZZI REAL
ESTATE APPRAISAL, INC. and DAVID
SAWYER,

     Defendants.
_____/

## **ORDER**

     This matter comes before the Court *sua sponte* on March 13, 2013.  On February 27,

2013, the Court issued an Order directing attorneys J. David Dantzler, Jr., Esq. and Thomas B.

Bosch, Esq., to comply with the procedures governing CM/ECF.   Shortly thereafter, a

representative from their office notified the Clerk's Office that both Counsel had previously been

substituted as Counsel of record in the State Court case, prior to its transfer to the Federal Court.

Based upon that representation, Counsel was terminated pursuant to the Order granting

substitution prior to the case transfer.  Therefore, the Court will take no further action on the Order to Comply.

Accordingly, it is now

**ORDERED:**

The Court will take no further action regarding the Order to Comply.  Counsel J. David Dantzler, Jr., and Thomas B. Bosch have been terminated and shall be removed from CM/ECF notifications.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of March, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record