UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAYLOR BEAN & WHITAKER
MORTGAGE CORP. and FEDERAL
DEPOSIT INSURANCE
CORPORATION,

    Plaintiffs,

v.                                                   Case No:  2:12-cv-595-Ftm-38UAM

LENNAR CORPORATION, U.S. HOME
CORPORATION, NORTH AMERICAN
TITLE COMPANY, AYLA D. BURNETT,
CHARLES M. BURNETT, PEGGY
FERGUSON, JENNIFER WHITE, JULIE
WHITE, UTAH EXCHANGE GROUP,
ASPEN HOME LOANS, LLC, KELLY
HATCH, PAUL ANDREW
GULBRONSON, MICHAEL RILEY
MOORE, SR. , RIVERWALK
PROPERTY VENTURES, LLC,
MATTHEW DEVEREAUX, ANDREW
JAMES SORENSEN, ANTHONY GIZZI
REAL ESTATE APPRAISAL, INC. and
DAVID SAWYER,

    Defendants.
_____/

**<u>ORDER</u>**

This matter comes before the Court on review of the file.  On March 26, 2013, the Court entered an Order to Show Cause (Doc. #110), which directed Defendant Aspen Home Loans, LLC to show cause on or before April 5, 2013, why it has failed to obtain counsel.  In that Order, the Court explained that a corporation must obtain counsel and it may not represent itself *pro se* and that failure to obtain counsel by that date could result in default judgment being entered against it.  The Court had previously informed

the *pro se* corporate defendants, that they must obtain counsel or a Default Judgment could be entered against it. (Doc. #99). Further, Defendant Kelly Hatch, who is also the representative for Aspen Home Loans, LLC, has not responded to any requests to confer regarding the case management report. (Doc. #109). Therefore, the Court finds good cause at this time to enter a Clerk's Default against the Defendant Aspen Home Loans, LLC.

Accordingly, it is now

**ORDERED:**

The Clerk of the Court shall enter a **Clerks Default** against the Defendant Aspen Home Loans, LLC for failure to appear and for failure to obtain counsel or respond in any manner to the Court's Order to Show Cause. The Court will take no further action on its Order to Show Cause (Doc. #110).

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of June, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record