UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as receiver of
Colonial Bank, in its own capacity and
an assignee of certain claims of Taylor,
Bean & Whitaker Mortgage Corp.,

    Plaintiff,

v.

Case No: 2:12-cv-595-FtM-38CM

LENNAR CORPORATION, U.S.
HOME CORPORATION, NORTH
AMERICAN TITLE COMPANY,
AYLA D. BURNETT, CHARLES M.
BURNETT, PEGGY FERGUSON,
JENNIFER WHITE, JULIE
WHITE, UTAH EXCHANGE
GROUP, ASPEN HOME LOANS,
LLC, KELLY HATCH, PAUL
ANDREW GULBRONSON,
MICHAEL RILEY MOORE, SR. ,
RIVERWALK PROPERTY
VENTURES, LLC, MATTHEW
DEVEREAUX, ANDREW JAMES
SORENSEN, ANTHONY GIZZI
REAL ESTATE APPRAISAL, INC.
and DAVID SAWYER,

    Defendants.

## ORDER

This matter comes before the Court upon review of Defendant Ayla Burnett's Motion to Allow All *Pro Se* Defendants to Have Access to the Electronic Filing System or to Email Filings to the Court (Doc. #167) filed on February 20, 2014. Defendant Ayla Burnett, who is representing herself *pro se* in this matter, requests electronic

notification of filings via the Court's Case Management and Electronic Case Filing (CM/ECF) system, as well as the ability to file documents by email with the Court. No grounds for the request were included in the Motion.

This Court's Administrative Procedures for Electronic Filing state that *pro se* litigants are not allowed to utilize CM/ECF without authorization from the Court. The Court, having reviewed the Motion and considered the circumstances, does not find good cause exists to allow the Defendant access to electronic notification and/or filing. Defendant may defendant this lawsuit via the U.S. Mail and by accessing the computer terminals at the Clerk's Office in Fort Myers. Defendant is cautioned that she must stay apprised of this matter and participate fully, complying with both the Local Rules and the Federal Rules of Civil Procedure.[1]

The Court further notes that she filed this Motion on behalf of all *pro se* Defendants. This is improper. A *pro se* party may not defend against this lawsuit on behalf of another party nor file pleadings on behalf of other parties. All unrepresented parties must file on their own behalf.

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant Ayla Burnett's Motion to Allow All Pro Se Defendants to Have Access to the Electronic Filing System or to Email Filings to the Court (Doc. #167) is **DENIED**.

---

[1] Of course, Defendant may communicate with opposing counsel through email and phone. Defendant has provided her email address and phone number on filings thus far.

**DONE** and **ORDERED** in Fort Myers, Florida on this 21st day of February, 2014.

*[signature]*
CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record
Unrepresented parties