UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver of Colonial Bank, in its own capacity and an assignee of certain claims of Taylor, Bean & Whitaker Mortgage Corp.

      Plaintiff,

v.

Case No: 2:12-cv-595-FtM-38CM

LENNAR CORPORATION, U.S. HOME CORPORATION, NORTH AMERICAN TITLE COMPANY, AYLA D. BURNETT, CHARLES M. BURNETT, PEGGY FERGUSON, JENNIFER WHITE, JULIE WHITE, UTAH EXCHANGE GROUP, ASPEN HOME LOANS, LLC, KELLY HATCH, PAUL ANDREW GULBRONSON, MICHAEL RILEY MOORE, SR. , RIVERWALK PROPERTY VENTURES, LLC, MATTHEW DEVEREAUX, ANDREW JAMES SORENSEN, ANTHONY GIZZI REAL ESTATE APPRAISAL, INC. and DAVID SAWYER,

      Defendants.
_____/

**ORDER**[1]

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

This matter comes before the Court on the Plaintiffs, Neil F. Luria, Plan Trustee of the Taylor Bean & Whitaker Mortgage Corporation, and the Federal Deposit Insurance Corporation, and the Defendants, Lennar Corporation, U.S. Home Corporation, North American Title Company, Matthew Devereaux and Andrew James Sorensen's (Settlement Defendants) Joint Motion to Relieve the Settling Defendants From All Remaining Pretrial Deadlines (Doc. #179) filed on October 27, 2014.  Pursuant to M.D. Fla. Local Rule 3.01(g), the Parties conferred and the Motion is unopposed.

The Plaintiffs and the Settlement Defendants move the Court to stay the remaining deadlines in the Case Management and Scheduling Order as to the Settlement Defendants.  As grounds, the Plaintiffs state the final settlement agreement is in the process of being reviewed and approved by the FDIC.  Once the FDIC finishes the final paperwork, the Settlement Defendants will be dismissed from the action.

Since the case has been settled between the Plaintiff and the Settlement Defendants, good cause exists to grant the stay. Sure Fill & Seal, Inc. v. GFF, Inc., 2012 WL 5199670, *6 (M.D. Fla. Oct. 22, 2012) (noting Court's granting of joint motion to stay proceedings to afford parties an opportunity to consummate settlement agreement);

Accordingly, it is now

**ORDERED:**

The Plaintiffs, Neil F. Luria, Plan Trustee of the Taylor Bean & Whitaker Mortgage Corporation, and the Federal Deposit Insurance Corporation, and the Defendants, Lennar Corporation, U.S. Home Corporation, North American Title Company, Matthew Devereaux and Andrew James Sorensen's (Settlement Defendants) Joint Motion to Relieve the Settling Defendants From All Remaining Pretrial Deadlines (Doc. #179) is

**GRANTED**.  The deadlines outlined in the Case Management and Scheduling Order shall be stayed as to the Settlement Defendants ONLY.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th day of October, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record